**Adam D. Ford** (UTB# 11363)
**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: adam.ford@fordcranelaw.com
matthew.crane@fordcranelaw.com

*Attorneys for Plaintiff Carolyn Ford*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| CAROLYN FORD,<br><br>                    Plaintiff,<br>vs.<br><br>RHINEHART LAND CO., L.L.C. , a Utah Limited Liability Company, HART GAS AND FOOD L.L.C., a Utah Limited Liability Company, and John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>                    Defendants. | **STIPULATION AND MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No.2:16-CV-301-PMW<br><br>Magistrate Judge Paul M. Warner |

Plaintiff Carolyn Ford and Defendants Rinehart Land Co., L.L.C. and Harts Gas and Food L.L.C. (collectively, the "Parties"), by and through undersigned counsel, stipulate and agree to the dismissal with prejudice and on the merits of all causes of action and claims made in this action including, without limitation, the Complaint filed in this action by Plaintiff against Defendants, with each party to bear its own costs, expenses and attorneys' fees incurred in

1

connection with the dismissed causes of action and claims, the parties having fully compromised and settled all causes of action and claims asserted in this action.

Plaintiff and Defendants, by and through their undersigned counsel, hereby move pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, for the entry of an Order of Dismissal With Prejudice consistent with the foregoing Stipulation.

STIPULATED the 1st day of July, 2016.

           FORD & CRANE PLLC

           /s/ Matthew B. Crane
           Adam D. Ford
           Matthew B. Crane
           *Attorneys for Plaintiff Carolyn Ford*

STIPULATED the 1st day of July, 2016.

           JONES, WALDO, HOLBROOK &
           MCDONOUGH, P.C.

           /s/ Craig R. Mariger
           Craig R. Mariger
           *Attorney for Defendants Harts Gas and Food*
           *L.L.C. and Rinehart Land Co., L.L.C.*
           (Signed electronically with permission from
           Craig R. Mariger)

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 1st day of July, 2016, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

                                              /s/ Matthew B. Crane