**IN THE UNITED STATES DISTRICT COURT,**
**IN AND FOR THE CENTRAL DISTRICT OF UTAH**

| | |
|---|---|
| CAROLYN FORD,  Plaintiff,  v.  HART GAS AND FOOD L.L.C. et al.  Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**  Case No.2:16-CV-301-PMW  Magistrate Judge Paul M. Warner |

Based upon the Stipulation and Motion for Order of Dismissal With Prejudice on file herein, and good cause shown, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all causes of action and claims made in the action including, without limitation, the Complaint filed in this action by Plaintiff against Defendants, are dismissed with prejudice and on the merits, each party to bear its own costs, expenses and attorneys' fees incurred in connection with the dismissed cause of action and claims. The Clerk of Court is directed to close the case.

DATED this 5th day of July, 2016.

_____
PAUL M. WARNER
United States Magistrate Judge

1